**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.: 08 B 01497  
Case Name: BRIAN ALAN ARCENEAUX and STACIA AURORE ARCENEAUX  
For Period Ending: 12/31/08  

Trustee Name: Allan J. DeMars  
Date Filed (f) or Converted (c): 1/23/08 (F)  
§341(a) Meeting Date: 2/20/08  
Claims Bar Date: 6/2/08  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence | 200,000.00 | 0.00 | DA | | FA |
| 2 | checking account | 0.00 | 0.00 | DA | | FA |
| 3 | Household goods | 2,900.00 | 0.00 | DA | | FA |
| 4 | jewelry | 1,100.00 | 0.00 | DA | | FA |
| 5 | books etc. | 200.00 | 0.00 | DA | | FA |
| 6 | clothing | 150.00 | 0.00 | DA | | FA |
| 7 | whole life insurance | 6,244.00 | 0.00 | DA | | FA |
| 8 | term life insurance | 0.00 | 0.00 | DA | | FA |
| 9 | pension | unknown | 0.00 | DA | | FA |
| 10 | tax refund | 9,111.00 | 6,000.00 | DA | 6,000.00 | FA |
| 11 | 1987 Ford Expedition | 4,685.00 | 0.00 | DA | | FA |
| 12 | computer | 400.00 | 0.00 | DA | | FA |
| 13 | family pets | 0.00 | 0.00 | DA | | FA |
| 14 | timeshare (Pompano Beach) | 3,500.00 | 0.00 | DA | | FA |
| 15 | timeshare (S. Car.) | 3,000.00 | 0.00 | DA | | FA |
| 16 | interest on invested funds | | 1.95 | | 1.95 | |
| | TOTALS (Excluding unknown values) | | 6,001.95 | | 6,001.95 | |

(Total Dollar Amount in Column 6)  
Initial Projected Date of Final Report (TFR): June, 2008    Current Projected Date of Final Report (TFR): 6/5/08