UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | |
| BRIAN ALAN ARCENEAUX and | ) | CASE NO. 08 B 01497 |
| STACIA AURORE ARCENEAUX | ) | |
| | ) | |
| DEBTOR(S). | ) | JUDGE CAROL A. DOYLE |
| | ) | |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:    Allan J. DeMars, Esq.
        Spiegel & DeMars
        100 West Monroe Street
        Suite 910
        Chicago, IL 60603
        Registrant's e-mail: AllanD1023@aol.com**

    **Please Take Notice** that on **June 25, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

    The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

**REQUEST FOR NOTICE**

    Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's final report.

                                        WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE


DATED: ___June 25, 2008_____    BY:    /s/ Roman L. Sukley
                                                Roman L. Sukley, Attorney
                                                Attorney Id. # 03122172
                                                OFFICE OF THE U.S. TRUSTEE
                                                219 SOUTH DEARBORN ST. ROOM 873
                                                CHICAGO, ILLINOIS 60604
                                                (312) 886-3324

**CERTIFICATE OF SERVICE**

    I, Roman L. Sukley, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report  was accomplished through the Court's Electronic Notice for Registrants on June 25, 2008.

                                        /s/ Roman L. Sukley