UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

IN RE:

BRIAN ALAN ARCENEAUX and
STACIA AURORE ARCENEAUX
    DEBTOR(S)

)   CHAPTER 7 PROCEEDING
)
)   CASE NO. 08 B 01497
)
)   HON. CAROL A. DOYLE

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604

   On: **August 5, 2008**   Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $ 6,001.95 |
   | Disbursements | $ 0 |
   | Net Cash Available for Distribution | $ 6,001.95 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Allan J. DeMars, trustee | $ None | $1,350.20 | $ 9.44 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $186,954.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.48312%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Nordstrom fsb | $ 2,457.65 | $ 61.03 |
| 2 | GE Money Bank dba JC PENNEY Credit Serv. | 2,969.33 | 73.73 |
| 3 | Target National Bank | 2,505.37 | 62.21 |
| 4 | Chase Bank USA | 11,905.60 | 295.63 |
| 5 | Chase Bank USA, NA | 240.24 | 5.96 |
| 6 | Chase Bank USA | 1,421.07 | 35.29 |
| 7 | Roundup Funding LLC | 1,525.93 | 37.89 |
| 8 | Sallie Mae | 77,740.35 | 1,930.39 |
| 9 | LVNV Funding LLC, assignee of Washington Mutual | 8,364.53 | 207.70 |
| 10 | LVNV Funding LLC, assignee of Citibank | 2,917.18 | 72.44 |
| 11 | LVNV Funding LLC, assignee of HSBC | 1,178.95 | 29.27 |
| 12 | Wachovia | 73,728.42 | 1,830.77 |
|  |  | $186,954.62 | $4,642.31 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing <u>all of which is either subject to liens or has been claimed as exempt by the debtor or the liquidation thereof would produce no meaningful dividend for creditors</u>: residence: $200,000; household goods: $2,900; jewelry: $1,100; books: $200; clothing: $150; whole life insurance: $6,244; term life insurance: $0; pension; 1987 Ford Expedition: $4,685; computer: $400; timeshares: $7,000
  SEE TRUSTEE'S EXHIBIT "B" IN FINAL REPORT FOR MORE DETAILS.

Dated: **June 27, 2008**                                                                                     For the Court,

                                                                                    By: **KENNETH S. GARDNER**
  Kenneth S. Gardner
  Clerk of the U.S. Bankruptcy Court
  219 So. Dearborn Street; 7th Floor
  Chicago, IL 60604

Trustee:   Allan J. DeMars
Address:   100 W. Monroe - Suite 910
           Chicago, IL 60603
Phone No.: (312) 726-3377

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

.497   Doc 35   Filed 06/27/08   Entered 06/29/08 23:48:30   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 2        Date Rcvd: Jun 27, 2008
Case: 08-01497                Form ID: pdf002            Total Served: 47


The following entities were served by first class mail on Jun 29, 2008.
db            +Brian Alan Arceneaux,    9357 S. Luella,   Chicago, IL 60617-3930
jdb           +Stacia Aurore Arceneaux,    9357 S. Luella,   Chicago, IL 60617-3930
aty           +Nathan E Curtis,   Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
               Chicago, IL 60603-5920
tr            +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
12276430      +AES/DDB,   PO BOX 8183,    HARRISBURG PA 17105-8183
11895212     ++APPLIED BANK,    PO BOX 15809,   WILMINGTON DE 19850-5809
               (address filed with court: Applied Card Bank,     Bankruptcy Department,    PO Box 10210,
               Wilmington, DE 19850)
11895204      +Action Card,    Bankruptcy Department,    245 Perimeter Center Pkw,    Atlanta, GA 30346-2305
11895210      +Action Card/Bankfirst,    Bankruptcy Department,    245 Perimeter Center Pkw,
               Atlanta, GA 30346-2305
11895197      +American Express,    Bankruptcy Department,    Box 0001,   Los Angeles, CA 90096-8000
11895198      +BP Amoco,    Bankruptcy Department,    PO Box 20365,   Kansas City, MO 64195-0365
11895214      +Bank of America,    Bankruptcy Department,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
11895196      +Bank of America,    Bankruptcy Department,    PO Box 17322,    Baltimore, MD 21297-1322
11895241      +Barclays Bank of Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington, DE 19801-5014
11895216      +Blair,   Bankruptcy Department,    PO Box 2974,   Mission, KS 66201-1374
11895222      +CBC/AES/EDUCAID,    Attn: Bankruptcy Dept.,    1200 N 7TH ST,    Harrisburg, PA 17102-1419
12086369      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11895211      +Capital One,    Bankruptcy Dept.,    1957 Westmoreland Road,    Richmond, VA 23276-0001
11895215      +Capital One,    Bankruptcy Dept.,    PO Box 85015,   Richmond, VA 23285-5015
11895207      +Chase,   Bankruptcy Department,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
11895239       Chase,   Attn: Bankruptcy Dept.,    PO Box 15298,   Wilmington, DE 19850-5298
12091539       Chase Bank USA, NA,    PO BOX 15145,   Wilmington, DE 19850-5145
11895232      +Citibank N A,    Attn: Bankruptcy Dept.,    701 E 60TH ST,    Sioux Falls, SD 57104-0493
11895231      +Citibank N A,    Attn: Bankruptcy Dept.,    701 E 60TH ST N,    Sioux Falls, SD 57104-0493
11895234      +HSBC/RS,    Bankruptcy Department,    PO Box 15524,   Wilmington, DE 19850-5524
11895202      +Juniper Bank,    Bankruptcy Department,    125 South West St,    Wilmington, DE 19801-5014
11895206      +Macy's,    Bankruptcy Department,    9111 Duke Blvd,    Mason, OH 45040-8999
11895205      +Menards,    Retail Services Department,    Dept. 7680,   Carol Stream, IL 60116-0001
11895200      +Newport News,    Attn: Bankruptcy Dept.,    101 Crossway Park West,    Woodbury, NY 11797-2020
11895201      +Providian,    Bankruptcy Department,    PO Box 9180,   Pleasanton, CA 94566-9180
12165970      +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pa 18706-1496
11895220      +Sallie Mae Servicing,    Attn: Bankruptcy Dept.,    1002 ARTHUR DR,    Lynn Haven, FL 32444-1683
11895238      +Sears,   Bankruptcy Department,    PO Box 182156,   Columbus, OH 43218-2156
11895199      +Sears Bankruptcy Recovery,    Bankruptcy Department,    PO Box 6189,    Sioux Falls, SD 57117-6189
12034347      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11895208      +Target National Bank,    Bankruptcy Dept.,    PO Box 673,   Minneapolis, MN 55440-0673
11895237      +Value City Rooms,    Attn: Bankruptcy Dept.,    po box 182303,    Columbus, OH 43218-2303
11895235      +Wachovia Educational Finance,    Attn: Bankruptcy Dept.,    PO BOX 3117,
               Winston Salem, NC 27102-3117
11895218      +Wells Fargo Home Mortgage, Inc,    Bankruptcy Dept.,    PO Box 10368,    Des Moines, IA 50306-0368

The following entities were served by electronic transmission on Jun 28, 2008.
11895219      +Fax: 773-375-1501 Jun 28 2008 03:33:56     American General Finance,    Bankruptcy Dept,
               3641 E. 106th Street,    Chicago, IL 60617-6638
11895203      +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2008 03:45:52     JC Penney,
               c/o Recovery Management Systems Corp,    Attn Ramesh Singh,    25 SE 2nd Avenue Ste 1120,
               Miami, FL 33131-1605
12186512       E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12186379       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12186504       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
11895209      +E-mail/PDF: bnc@nordstrom.com Jun 28 2008 03:46:23     Nordstrom,    Attn: Bankruptcy Department,
               PO Box 13589,    Scottsdale, AZ 85267-3589
12000113      +E-mail/PDF: bnc@nordstrom.com Jun 28 2008 03:46:23     Nordstrom FSB,    P.O. Box 6566,
               Englewood, CO 80155-6566
12028931      +E-mail/PDF: rmscedi@recoverycorp.com Jun 28 2008 03:46:16
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12161774       E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jun 28 2008 04:12:38     Roundup Funding, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11895223*     +CBC/AES/EDUCAID,   Attn: Bankruptcy Dept.,   1200 N 7TH ST,   Harrisburg, PA 17102-1419
11895224*     +CBC/AES/EDUCAID,   Attn: Bankruptcy Dept.,   1200 N 7TH ST,   Harrisburg, PA 17102-1419
11895225*     +CBC/AES/EDUCAID,   Attn: Bankruptcy Dept.,   1200 N 7TH ST,   Harrisburg, PA 17102-1419
11895226*     +CBC/AES/EDUCAID,   Attn: Bankruptcy Dept.,   1200 N 7TH ST,   Harrisburg, PA 17102-1419
11895227*     +CBC/AES/EDUCAID,   Attn: Bankruptcy Dept.,   1200 N 7TH ST,   Harrisburg, PA 17102-1419
11895228*     +CBC/AES/EDUCAID,   Attn: Bankruptcy Dept.,   1200 N 7TH ST,   Harrisburg, PA 17102-1419
11895229*     +CBC/AES/EDUCAID,   Attn: Bankruptcy Dept.,   1200 N 7TH ST,   Harrisburg, PA 17102-1419
11895217*     +Capital One,   Bankruptcy Dept.,   1957 Westmoreland Road,   Richmond, VA 23276-0001
11895213*     +Chase,   Bankruptcy Department,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
11895230*     +Chase,   Bankruptcy Department,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
11895240*     +Chase,   Bankruptcy Department,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jun 27, 2008
Case: 08-01497                Form ID: pdf002          Total Served: 47

              ***** BYPASSED RECIPIENTS (continued) *****
11895233*     +Citibank N A,    Attn: Bankruptcy Dept.,    701 E 60TH ST N,    Sioux Falls, SD 57104-0493
11895221*     +Sallie Mae Servicing,    Attn: Bankruptcy Dept.,    1002 ARTHUR DR,    Lynn Haven, FL 32444-1683
11895236*     +Wachovia Educational Finance,    Attn: Bankruptcy Dept.,    PO BOX 3117,
                Winston Salem, NC 27102-3117
                                                                                           TOTALS: 0, * 14

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2008**                **Signature:**   _Joseph Speetjens_