UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BRIAN ALAN ARCENEAUX and | ) | Hon. CAROL A. DOYLE |
| STACIA AURORE ARCENEAUX | ) | |
| | ) | Case No.  08 B 01497 |
| | ) | |

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**

To:   The Honorable CAROL A. DOYLE
      United States Bankruptcy Judge


Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated: 8/9/08                                             /s/ Allan J. DeMars
                                                                Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )
                                            )   Case No. 08 B 01497
BRIAN ALAN ARCENEAUX and                    )   Hon. CAROL A. DOYLE
STACIA AURORE ARCENEAUX                     )   Chapter 7
            Debtor                          )
                                            )

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation
   Allan J. DeMars                          $ 1,350.20
2. Trustee's expenses
   Allan J. DeMars                          $     9.44

                              TOTAL         $ 1,359.64

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 5th day of August, 2008

                              Enter: _____
                                     Bankruptcy Judge

ENTERED
AUG 5 2008
CAROL A. DOYLE
BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    ) Case No. 08 B 01497
BRIAN ALAN ARCENEAUX and            ) Hon. CAROL A. DOYLE
STACIA AURORE ARCENEAUX             ) Chapter 7
            Debtor                  )

DISTRIBUTION REPORT

    I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

<u>SUMMARY OF DISTRIBUTION</u>:
Fees and Expenses  Trustee: $ 1359.64
                    Attorney:$                    $   1359.64
Chapter 7 Administrative Expenses:            $_____
Chapter 11 Administrative Expenses:           $_____
Priority Claims (507(a)(3)-(a)(7)):           $_____
Secured Tax Liens:                            $_____
Priority Tax Claims:                          $_____
General Unsecured Claims:                     $   4643.81
Other:_____         $_____
<u>TOTAL AMOUNT TO BE DISTRIBUTED</u>:            $   6003.45

REPORT OF DISTRIBUTION

|  | TOTAL | FINAL |
|---|---|---|
| 1.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND  % |
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $1,359.64 | 100% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Allan J. DeMars: | trustee's fees | $ 1350.20 | $ 1350.20 |
|  | expenses | 9.44 | 9.44 |
|  |  | $ 1359.64 | $ 1359.64 |

REPORT OF DISTRIBUTION - CONT'D                               PAGE  2  of  6

| 2.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) (Domestic Support Obligations) | $ | |
| CLAIM NUMBER        CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 3.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |
| CLAIM NUMBER        CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 4.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Wages, salaries or commissions limited to $10,950.00 | $ | |
| CLAIM NUMBER        CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

REPORT OF DISTRIBUTION - CON'T                    PAGE 3 of 6

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Farmers' and Fishermans' claims to the extent of $5,400. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Deposits by consumers to the extent of $2,425.00 | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                          PAGE 4 of 6

|  | TOTAL | FINAL |
|---|---|---|
| 9.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 724(b) - Tax claims | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 10.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 507(a)(8) - Tax claims excluding fines and penalties | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 11.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                           Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $186,954.62 | 2.48392% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Nordstrom fsb | $ 2,457.65 | $    61.05 |
| 2 | GE Money Bank dba JC PENNEY Credit Serv. | 2,969.33 | 73.76 |
| 3 | Target National Bank | 2,505.37 | 62.23 |
| 4 | Chase Bank USA | 11,905.60 | 295.73 |
| 5 | Chase Bank USA, NA | 240.24 | 5.97 |
| 6 | Chase Bank USA | 1,421.07 | 35.30 |
| 7 | Roundup Funding LLC | 1,525.93 | 37.90 |
| 8 | Sallie Mae | 77,740.35 | 1,931.01 |
| 9 | LVNV Funding LLC, assignee of Washington Mutual | 8,364.53 | 207.77 |
| 10 | LVNV Funding LLC, assignee of Citibank | 2,917.18 | 72.46 |
| 11 | LVNV Funding LLC, assignee of HSBC | 1,178.95 | 29.28 |
| 12 | Wachovia | 73,728.42 | 1,831.35 |
|   |   | $186,954.62 | $4,643.81 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                         Page 6 of 6

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: August 5, 2008                    /s/ Allan J. DeMars
                                              Trustee

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

```
Case No.:      08 B 01497                                    Trustee's Name: Allan J. DeMars
Case Name:  BRIAN ALAN ARCENEAUX and STACIA AURORE ARCENEAUX  Bank Name:      Bank of America
Taxpayer ID#: 33-6376756                                     Initial CD #:   CDI
For Period Ending: 12/31/08                                  Blanket bond (per case limit): 5,000,000
                                                             Separate bond (if applicable):
                                                             Money Market #: 375 554 2852
```

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 3/31/08 | Ref 10 | from debtors | non-exempt federal tax refund | 1124-000 | 6,000.00 | | 6,000.00 |
| 4/30/08 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 1.19 | | 6,001.19 |
| 5/31/08 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 0.76 | | 6,001.95 |
| 6/30/08 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 0.74 | | 6,002.69 |
| 7/31/08 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 0.76 | | 6,003.45 |
| 8/6/08 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,350.20 | 4,653.25 |
| 8/6/08 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 9.44 | 4,643.81 |
| 8/6/08 | Check 1003 | Nordstrom fsb | 726(a)(2); 2.48392% | 7100-900 | | 61.05 | 4,582.76 |
| 8/6/08 | Check 1004 | GE Money Bank dba JC PENNEY Credit Serv. | 726(a)(2); 2.48392% | 7100-900 | | 73.76 | 4,509.00 |
| 8/6/08 | Check 1005 | Target National Bank | 726(a)(2); 2.48392% | 7100-900 | | 62.23 | 4,446.77 |
| 8/6/08 | Check 1006 | Chase Bank USA | 726(a)(2); 2.48392% | 7100-900 | | 295.73 | 4,151.04 |
| 8/6/08 | Check 1007 | Chase Bank USA, NA | 726(a)(2); 2.48392% | 7100-900 | | 5.97 | 4,145.07 |
| 8/6/08 | Check 1008 | Chase Bank USA | 726(a)(2); 2.48392% | 7100-900 | | 35.30 | 4,109.77 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 8/6/08 | Check 1009 | Roundup Funding LLC | 726(a)(2); 2.48392% | 7100-900 | | 37.90 | 4,071.87 |
| 8/6/08 | Check 1010 | Sallie Mae | 726(a)(2); 2.48392% | 7100-000 | | 1,931.01 | 2,140.86 |
| 8/6/08 | Check 1011 | LVNV Funding LLC, assignee of Washington Mutual | 726(a)(2); 2.48392% | 7100-900 | | 207.77 | 1,933.09 |
| 8/6/08 | Check 1012 | LVNY Funding LLC, assignee of Citibank | 726(a)(2); 2.48392% | 7100-900 | | 72.46 | 1,860.63 |
| 8/6/08 | Check 1013 | LVNV Funding LLC, assignee of HSBC | 726(a)(2); 2.48392% | 7100-900 | | 29.28 | 1,831.35 |
| 8/6/08 | Check 1014 | Wachovia | 726(a)(2); 2.48392% | 7100-000 | | 1,831.35 | 0.00 |

```
                                    COLUMN TOTALS      6,003.45    6,003.45        0.00
                        Less: Bank transfers/CD
                          Subtotal
                        Less: Payments to debtor(s)
                        Net                            6,003.45    6,003.45        0.00

                                                                       NET
TOTAL - ALL ACCOUNTS                          NET  DEPOSITS      DISBURSEMENTS    BALANCES
Checking#
Money Market # 375 554 2852                     6,003.45           6,003.45         0.00
Savings #
CD #CDI
Net                                             6,003.45           6,003.45         0.00
                                              Excludes account  Excludes payments  Total Funds
                                                 transfers         to debtor        on Hand
```