UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BRIAN ALAN ARCENEAUX and | ) | CASE NO.  08 B 01497 |
| STACIA AURORE ARCENEAUX | ) | |
| | ) | |
| DEBTOR(S). | ) | JUDGE CAROL A. DOYLE |
| | ) | |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:**   **Allan J. DeMars, Esq.**
    **Spiegel & DeMars**
    **100 West Monroe Street**
    **Suite 910**
    **Chicago, IL 60603**
    **Registrant's  e-mail:  AllanD1023@aol.com**

   **Please Take Notice** that on **September 29, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

   The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                WILLIAM T. NEARY
                                UNITED STATES TRUSTEE


DATED: September 29, 2008            BY: /s/ Roman L. Sukley
                                Roman L. Sukley, Attorney
                                OFFICE OF THE U.S. TRUSTEE
                                219 SOUTH DEARBORN ST.  ROOM 873
                                CHICAGO, ILLINOIS  60604
                                (312) 886-3324


**CERTIFICATE OF SERVICE**

   I, Roman L. Sukley, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on September 29, 2008.

                    /s/ Roman L. Sukley